UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

WANDA RAMOS o/b/o R.R.,

       Plaintiff,

     -v-                               No.  11 Civ. 6142 (LTS)(FM)

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

       Defendant.

------------------------------------------------------x

<u>ORDER</u>

          Plaintiff Wanda Ramos, proceeding <u>pro se</u>, brings this action on behalf of her

minor son, R.R., pursuant to Section 405(g) of the Social Security Act, 42 U.S.C. § 405(g),

seeking review of a final decision of the Commissioner of the Social Security Administration

(the "Commissioner"), denying R.R.'s application for Supplemental Security Income Benefits.

The Court has reviewed Magistrate Judge Frank Maas' March 12, 2013, Report and

Recommendation (the "Report"), which recommends that the Commissioner's unopposed

motion for judgment on the pleadings be granted.  Neither party filed objections to the Report.

          When reviewing a Report, the Court "may accept, reject, or modify, in whole or

in part, the findings or recommendations made by the magistrate."  28 U.S.C.S. § 636(b)(1)(C)

(LexisNexis Supp. 2013).  "A district court evaluating a Magistrate Judge's report and

recommendation may adopt those portions of the . . . report to which no 'specific written

objection' is made, as long as the factual and legal bases supporting the findings and conclusions

set forth in those sections are not clearly erroneous or contrary to law."  <u>Eisenberg v. New</u>

<u>England Motor Freight, Inc.</u>, 564 F. Supp. 2d 224, 226 (S.D.N.Y. 2008) (citation omitted); <u>see</u>

also, Wilds v. United Parcel Service, Inc., 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003) ("[t]o

accept the report and recommendation of a magistrate, to which no timely objection has been

made, a district court need only satisfy itself that there is no clear error on the face of the

record") (citation omitted).

        The Court has carefully reviewed Magistrate Judge Maas' thorough Report and

finds no clear error.  The Court therefore adopts the Report in its entirety for the reasons stated

therein.  The Commissioner's motion for judgment on the pleadings is granted.

        This Order resolves docket entry number 15.

        The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this

Order would not be taken in good faith, and therefore, in forma pauperis status is denied for the

purposes of an appeal.  See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).  The Clerk

of Court is respectfully requested to enter judgment accordingly and close this case.

        SO ORDERED.


Dated: New York, New York
      August 14, 2013


                              _____/S_____
                              LAURA TAYLOR SWAIN
                              United States District Judge